*Peter Campbell Brown, Corporation Counsel (Edith I. Spivack, Morris Handel* and *Daniel A. Muccia* of counsel), for appellants.

*John A. Sullivan, Cornelius W. Wickersham* and *Carlton G. Champe* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.

WILLIAM J. HAWKINS, Respondent, *v.* GRAY METAL PRODUCTS, INC., et al., Appellants, et al., Defendants.

Argued October 12, 1955; decided December 28, 1955.

*John W. Hollis* for appellants.

*Alton J. Wightman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.  Taking no part: DYE, J.

In the Matter of HERBERT L. BRICKMAN, Appellant, against ROBERT F. WAGNER, as Mayor of the City of New York, Respondent.

Argued November 17, 1955; decided December 28, 1955.